
FILED
July 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002778312

4

1  Law Offices of Peter L. Fear
   Peter L. Fear, No. 207238
2  Gabriel J. Waddell, No. 256289
   7750 North Fresno Street, Suite 101
3  Fresno, California 93720
   (559) 436-6575
4  (559) 436-6580 (fax)
   pfear@fearlaw.com
5
   Attorneys for Debtor in Possession
6

7
                  UNITED STATES BANKRUPTCY COURT
8
          EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
9
10 | In re:                                  | Case No. 10-12709-A-11
11 | ENNIS COMMERCIAL PROPERTIES, LLC,       | Chapter 11
   | a LIMITED LIABILITY COMPANY,
12 |                                         | D.C. No. PLF-11
13 |            Debtor in Possession.        | Date:  August 4, 2010
   |                                         | Time:  1:30 PM
14 |                                         | Place: Dept. A, Ctrm. 11, 5th Floor
   |                                         |        United States Courthouse
15 |                                         |        2500 Tulare St., Fresno, California
   |                                         | Judge: Hon. Whitney Rimel
16

17            **MOTION TO APPROVE SALE OF REAL PROPERTY OF DEBTOR**

18        ENNIS COMMERCIAL PROPERTIES, LLC (hereinafter the "Debtor"), hereby

19 moves for authorization to sell Debtor's property located at 1850 S. Central, Visalia,

20 California 93277. This motion is being brought on an emergency basis because expedited

21 approval is necessary to finalize the transaction. This motion is based on the Declaration of

22 PAMELA ENNIS filed herewith, all documents filed herein and the following points and

23 authorities:

24

1. This case was initiated by the filing of a voluntary petition under Chapter 11 on March 16, 2010.

2. Debtor is a commercial real estate business. Specifically, Debtor develops commercial real estate, and Debtor may sell or retain property Debtor has developed depending on the market conditions. For those properties that Debtor retains, Debtor attempts to find commercial tenants and to make the properties profitable.

3. One such property that Debtor owns and operates is located at 1850 S. Central, Visalia, California 93277 (the "Property"). While Debtor has tenants for this property, the property does not currently generate a positive cash flow and Debtor has received an offer to purchase the Property for the fair market value. Consequently, Debtor's management believes it would be in the best interests of Debtor to sell the Property at this time. The property is currently encumbered by a deed of trust held by Rabobank in the approximate amount of $881,091.37.

4. Debtor has received an offer to purchase the Property for $1,200,000 from John & Gladys De Graaf, who are disinterested buyers. Debtor believes that this amount reflects a fair market value for the property, and is the highest offer that could be expected to be received for the property in the present market.

5. Debtor proposes to use the sales proceeds as follows:

   a. To pay off the secured debt held by Rabobank. Debtor estimates that approximately $881,091.37 will be owed to Rabobank.

   b. To pay closing costs. Debtor estimates that seller's portion of the closing costs will be no more than two percent (2%) of the sales price.

c. To pay broker fees. The listing broker's commission, payable to CB Richard Ellis, is five percent (5%). The buyer's broker will be paid one-half of this commission pursuant to an agreement between the listing broker and the buyer's broker.

d. To pay capital gains taxes incurred by the bankruptcy estate on the sale of the Property. Debtor estimates $103,000 ($73,000 federal and $30,000 state) will be owed in capital gains taxes on this sale. These funds will be paid to the respective tax collecting entities upon close of escrow.

6. Debtor anticipates the sale will generate approximately $50,000 in net proceeds. Debtor proposes to use the net sales proceeds for operation of Debtor's business and therefore, seeks waiver of Local Rule 5008-1(b) so that the funds may be deposited in the debtor-in-possession bank account.

7. Debtor's management believes that the proposed sales price, $1.2 million, is the fair market value of the Property, and that a sale at this time will allow Debtor to cut losses that Debtor might have incurred in trying to make payments on the secured claim.

8. No creditor constituency will be benefited by maintaining the property on behalf of the bankruptcy estate, and the proceeds will be used for the benefit of the estate.

WHEREFORE, Applicant prays for an order providing as follows:

A. Debtor be authorized to sell the real property located at 1850 S. Central, Visalia, California 93277 (the "Property") to John & Gladys De Graaf, or other disinterested nominee, for the sum of $1.2 million;

B. Debtor be authorized to pay the secured claims on the Property, along with closing costs, commissions and capital gains taxes, out of escrow;

| | |
|---|---|
| 1 |     C.    Local Rule 5008-1 be waived as to the proceeds of the sale; |
| 2 |     D.    Such other relief as the Court deems just and proper. |

Date: 7/14/2010　　　　　　　　　　　LAW OFFICES OF PETER L. FEAR

　　　　　　　　　　　　　　　　　　By: /s/ Peter L. Fear
　　　　　　　　　　　　　　　　　　　　　Peter L. Fear